**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000882**
**09-FEB-2024**
**08:09 AM**
**Dkt. 76 OAWST**

NO. CAAP-17-0000882

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE
TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO
LASALLE BANK N.A. AS TRUSTEE FOR WASHINGTON MUTUAL PASS THROUGH
CERTIFICATES WMALT SERIES 2007-0A2, Plaintiff-Appellee, v.
JOSE VILLON, SR.; DOMINGA M. VILLON, Defendants-Appellants, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR FREMONT INVESTMENT & LOAN;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR LOAN LINK FINANCIAL SERVICES;
CHILD SUPPORT ENFORCEMENT AGENCY, Defendants-Appellees, and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC161000282)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of Plaintiff-Appellee U.S. Bank National Association's January 6, 2024 Stipulation for Dismissal or Appeal (**Stipulation**), the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal who

are not nominal parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, February 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge